SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JOHN LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE,<br><br>           Plaintiff,<br><br>     vs.<br><br>HOVSEP H WASSILIAN; and DOES 1 to 10,<br><br>           Defendants. | **Case No.: 8:23-cv-01252 FWS (ADSx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: December 21, 2023<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Honorable Judge Fred W. Slaughter |

    To Defendant HOVSEP H WASSILIAN and the attorneys of record, if any: Please take notice that on December 21, 2023, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 411 W. Fourth Street, Santa Ana, California, Plaintiff JOHN LEE will present Plaintiff's motion for default judgment against Defendant HOVSEP H WASSILIAN. The Clerk has previously entered the default on said Defendant on October 20, 2023 (Dkt. #16).

    At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant HOVSEP H WASSILIAN is not a minor or incompetent person or

in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant HOVSEP H WASSILIAN has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,037.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 512 S. State College Blvd., Anaheim, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant HOVSEP H WASSILIAN on November 7, 2023 by first class United States Mail, postage prepaid.

Dated: November 7, 2023                    **SO. CAL. EQUAL ACCESS GROUP**

                                           By:   /s/ Jason J. Kim_____
                                                 Jason J. Kim, Esq.
                                                 Attorneys for Plaintiff