UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 23-01252-FWS (ADSx) | Date | March 19, 2024 |
|---|---|---|---|
| Title | John Lee v. Hovsep H. Wassilian | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on July 13, 2023.  On February 22, 2024, the court issued a minute order [20] dismissing the complaint with leave to amend and directed Plaintiff to file an amended complaint consistent the court's order within twenty-one (21) days. The minute order further indicated that failure to file an amended complaint on or before the deadline set by the court would result in this dismissal of this action with prejudice and without further notice for failure to prosecute and/or comply with a court order.

Plaintiff has failed to respond to the court's Order.  Therefore, the court **ORDERS** that this action is dismissed WITH PREJUDICE for lack of prosecution and for failure to comply with the orders of the court.

The court hereby orders all proceedings in the case vacated and taken off calendar.

Any Orders to Show Cause are hereby DISCHARGED.

|  | - : - |
|---|---|
| Initials of Deputy Clerk | mku |